IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 04-cv-01418-LTB-PAC

DANIEL JACKSON,

    Plaintiff,

v.

DOUGLAS STEINHOUR, an individual and as a City of Greeley Police Officer; and FRED BUDD, an individual and as a City of Greeley Police Officer; and CITY OF GREELEY,

    Defendants.

_____

ORDER
_____

    Plaintiff's Motion to Strike Defendants' Reply Brief in Support of Defendants' Motion for Summary Judgment is DENIED.

DATED: August 17, 2005

                                    BY THE COURT:

                                    s/LewisT. Babcock
                                    Lewis T. Babcock, Chief Judge