IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  04-cv-01418-LTB-PAC

DANIEL JACKSON,
        Plaintiff,
v.

DOUGLAS STEINHOUR, an individual and as a City of Greeley Police Officer; and
FRED BUDD, an individual and as a City of Greeley Police Officer;
        Defendants.
_____

ORDER
_____

For the reasons stated during the September 29, 2005 trial preparation conference, it is ORDERED that:

1) the parties' stipulation, whereby the plaintiff, Daniel Jackson, has agreed to dismiss his second, third, and fourth claims and claims for punitive damages and the Defendants, Douglas Steinhour and Fred Budd, have agreed to waive their claims for attorney fees pursuant to Colo. Rev. Stat. § 24-10-110, is accepted and the claims are DISMISSED;

2) the trial set for October 31, 2005 is VACATED and reset to commence February 6, 2006 at 8:30 A.M.;

3) a final trial preparation conference shall occur on January 27, 2006 at 4:00 P.M.;

4) the parties shall submit all pretrial papers, including witness lists, stipulated and contested exhibit lists, proposed voire dire questions, joint proposed jury instructions, and stipulations on or before January 24, 2006;

5) the defendants shall, on or before 30 days from this date, file descriptions of any and all evidence they intend to introduce at trial pursuant to Federal Rules of Evidence 404(b), 608 and/or 609.

Dated: September  29 , 2005, in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge

1