# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01418-LTB-PAC

DANIEL JACKSON,

      Plaintiff,

vs.

DOUGLAS STEINHAUER, an individual, and
FRED BUDD, an individual,

      Defendants.

_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal (Doc 89 - filed February 24, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

      s/Lewis T. Babcock
      LEWIS T. BABCOCK, Chief Judge
      United States District Court

DATED: February 27, 2006